



ORDERED UNSEALED on 01/23/2026   s/ melodyqui

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, *ex rel*. KIMBERLY RODRIGUEZ,

Plaintiffs,

v.

COASTAL CLINIC & MANAGEMENT SERVICES INC, LOYAL SOURCE GOVERNMENT SERVICES,

Defendants.

Case No.: 25CV1080-AJB (BLM)

ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B),

**IT IS ORDERED** that:

1. The Complaint be unsealed and served upon Defendants by Relator;

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon Defendants, except Notice(s) of Appearance, this Order, and the Government's Notice of Election to Decline Intervention, which Relator will serve upon Defendants only after service of the Complaint;

3.     The seal be lifted as to all other matters occurring in this action after the date of this Order;

4.     The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5.     The parties shall serve all notices of appeal upon the United States;

6.     All orders of this Court shall be sent to the United States; and

7.     Should Relator or Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

**IT IS SO ORDERED.**

DATED: ___1/22/26___   _____

HON. ANTHONY J. BATTAGLIA
United States District Judge

2

*25CV1080*