LAURA G. BRYS (SBN 242100)
*LBrys@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 South Figueroa Street, Suite 4100
Los Angeles, CA  90017
Tel. +1 213 426 2500
Fax: +1 213 623 1673

Attorney for Defendant
LOYAL SOURCE
GOVERNMENT SERVICES, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY RODRIGUEZ, *Relator*,<br><br>Plaintiff,<br><br>v.<br><br>COASTAL CLINICAL & MANAGEMENT SERVICES INC. and LOYAL SOURCE GOVERNMENT SERVICES,<br><br>Defendants,<br><br>and<br><br>UNITED STATES OF AMERICA,<br><br>Real Party in Interest. | Case No. 3:25-cv-01080-AJB-BLM<br><br>**JOINT MOTION TO DISMISS DEFENDANT LOYAL SOURCE GOVERNMENT SERVICES, LLC**<br><br>Courtroom:  4-A (4TH Floor)<br>Judge:        Hon. Anthony J. Battaglia<br>Complaint Filed:  April 29, 2025 |

GOODWIN PROCTER LLP
ATTORNEYS AT LAW

JOINT MOTION TO DISMISS LOYAL SOURCE          CASE NO. 3:25-CV-01080-AJB-BLM

Plaintiff KIMBERLY RODRIGUEZ and Defendant LOYAL SOURCE GOVERNMENT SERVICES, LLC, by and through their respective counsel of record, hereby move this Court for an Order dismissing the Complaint as to Defendant Loyal Source Government Services, LLC without prejudice.

Pursuant to 31 U.S.C. § 3730(b)(1), the UNITED STATES OF AMERICA consents to this dismissal without prejudice.

Dated:  March 27, 2026                      Respectfully submitted,

By: s/ *Laura G. Brys*
LAURA G. BRYS (SBN 242100)
*LBrys@goodwinlaw.com*

Attorney for Defendant
LOYAL SOURCE
GOVERNMENT SERVICES, LLC

By: s/ *Joseph La Costa*
JOSEPH LA COSTA (SBN 108443)
*Joelacostaesq@gmail.com*

Attorney for Plaintiff
KIMBERLY RODRIGUEZ

ADAM GORDON
United States Attorney

By: s/ *Stephen H. Wong*
STEPHEN H. WONG
Assistant United States Attorney

Attorneys for
UNITED STATES OF AMERICA

GOODWIN PROCTER LLP
ATTORNEYS AT LAW

- 1 -

JOINT MOTION TO DISMISS LOYAL SOURCE        CASE NO. 3:25-CV-01080-AJB-BLM

## <u>CERTIFICATION OF SIGNATURE</u>

I hereby certify that the contents of this document are acceptable to all counsel, and that I have obtained all necessary authorization to affix counsel's electronic signatures to the document.

Dated:  March 27, 2026                    By:  s/ *Laura G. Brys*
                                               LAURA G. BRYS

Goodwin Procter LLP
Attorneys at Law

- 2 -

Joint Motion to Dismiss Loyal Source                    Case No. 3:25-cv-01080-AJB-BLM

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I electronically filed the foregoing with the clerk of the court for the United States District Court for the Southern District of California by using the CM/ECF system on March 27, 2026.  I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system. I certify under penalty of perjury that the foregoing is true and correct.


Dated:  March 27, 2026                By:  s/ *Laura G. Brys*
                                                      LAURA G. BRYS

GOODWIN PROCTER LLP
ATTORNEYS AT LAW

- 3 -