# EXHIBIT 1

| **From:** | Weinstein, Ryan |
| **To:** | Joseph La Costa <joelacostaesq@gmail.com> |
| **Cc:** | Kossak, Amy |
| **Subject:** | Rodriguez v. Coastal Clinical & Management Services Inc. et al |
| **Date:** | Thursday, July 16, 2026 3:34:59 PM |

Dear Mr. La Costa,

As you are likely aware, the government this afternoon filed a motion to dismiss this case pursuant to 31 U.S.C. §§ 3730(c)(3) and (c)(2)(A) of the False Claims Act.  In light of that motion, and to conserve judicial and party resources, will Plaintiff stipulate to an extension of time for CCMS to answer or otherwise respond to the Complaint if necessary?  We would propose that CCMS's response be due 21 days following the Court's ruling on the government's motion.

Thank you for your consideration.

Regards,
Ryan

Exhibit 1
Page 1 of 1