# EXHIBIT 2

| From: | Weinstein, Ryan |
|---|---|
| **To:** | Joseph La Costa |
| **Cc:** | Kossak, Amy |
| **Subject:** | Rodriguez v CCMS |
| **Date:** | Friday, July 17, 2026 11:14:39 AM |

Mr. La Costa,

I'm following up on my message from yesterday. In light of the government's motion, please let us know if Plaintiff will stipulate to a further extension of time for CCMS to respond to the complaint, if needed, to 21 days following the Court's resolution of the motion. We believe this extension will avoid the potentially needless expenditure of judicial and party resources.  If Plaintiff is amenable, we will prepare a joint motion for your review.

If Plaintiff is not inclined to stipulate, this email shall serve as notice, pursuant to Local Rule 83.3.g, that CCMS intends to apply ex parte for the requested extension on Monday morning.

Thank you for your consideration.

Regards,
Ryan

_____

Exhibit 2
Page 1 of 1